IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES BOYD, 226451, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CV-0064-N |
| | ) | ECF |
| C.O. FLEMING, | ) | |
| Defendant. | ) | |

## ORDER

The Court has reviewed Plaintiff's second application to proceed in forma pauperis. It fails to explain why it was not timely filed. Moreover, it too is deficient, as it fails to include the required six month history of his inmate trust account. Accordingly, it also fails to cure the deficiency noted in the March 1, 2007 notice of deficiency. After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed July 19, 2007.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE